UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD KENT SUTTON,

    Plaintiff,

  v.

UNKNOWN,

    Defendant.

No. 2:13-cv-2294 AC P

ORDER

Plaintiff, a state prisoner at California State Prison, Los Angeles County, has filed a letter with the court. No other pleadings have been filed by the plaintiff. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, plaintiff's motion, filed in the form of a letter, will be denied without prejudice. Plaintiff will be provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

Plaintiff is advised that he should file any complaint challenging the conditions of

---

[1] If leave to file in informa pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

confinement in the judicial district where he is confined.  See 28 U.S.C. § 1391(b).  The United States District Court for the Central District of California has jurisdiction over those cases originating in Los Angeles County where petitioner is confined.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's November 4, 2013 letter, docketed as a prisoner civil rights complaint, is dismissed without prejudice;

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.  Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

DATED: November 14, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2