UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD KENT SUTTON, | No.  2:13-cv-2294 AC P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

By order filed November 15, 2013, plaintiff's November 4, 2013 letter, docketed as a prisoner civil rights complaint, was dismissed and thirty days leave to file an amended complaint was granted.  Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: January 3, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1